FILED
United States Court of Appeals
Tenth Circuit

April 24, 2025

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| D.B.U., and on behalf of themselves and others similarly situated, et al., <br><br> Petitioners - Appellees, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Respondents - Appellants. | No. 25-1164 <br> (D.C. No. 1:25-CV-01163-CNS) <br> (D. Colo.) |

_____

**ORDER**
_____

Before **HARTZ**, **PHILLIPS**, and **CARSON**, Circuit Judges.
_____

The government has filed an Emergency Motion for a Stay Pending Appeal. Petitioners are directed to respond to the government's motion on or before Saturday, April 26, 2025, at 5:00 p.m., MDT. The government may file an optional reply on or before Sunday, April 27, 2025, at 5:00 p.m., MDT.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk