# No. 25-1164

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

**D.B.U.**, *et al.*,
*Petitioners*,

v.

**DONALD J. TRUMP, in his official capacity as President of the United States**, *et al.*,
*Respondents*.

## RESPONDENT'S MOTION FOR LEAVE TO WITHDRAW THE APPEARANCE OF COUNSEL

Pursuant to Cir. R. 46.4, Respondent moves the Court for leave to withdraw the appearance of attorney Tim Ramnitz, for the reasons specified in the attached declaration. Specifically, the Respondents in this appeal will be represented by August Flentje and John Hogan, whose appearances have been entered in this case.

Respectfully submitted,

/s Tim Ramnitz
**TIM RAMNITZ**
Senior Litigation Counsel
U.S. Dept. of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Tim.Ramnitz@usdoj.gov

April 30, 2025          **Attorney for Respondent**

# CERTIFICATE OF COMPLIANCE

As required by Fed. R. App. P. 32(g)(1), I certify that this motion meets the requirements of Fed. R. App. P. 27(d)(2)(A) in that contains 35 words, and therefore, no more than 5,200 words. I also certify that as required by Fed. R. P. 32(c)(1), the format of this motion meets the requirements of Fed. R. App. P. 27(d)(1), as it is proportionately spaced and has a typeface of 14 points Times Roman.

/s Tim Ramnitz
**TIM RAMNITZ**
Senior Litigation Counsel
U.S. Dept. of Justice,
Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Tim.Ramnitz@usdoj.gov

# CERTIFICATE OF CONFERENCE

Pursuant to Cir. R. 27.1, undersigned counsel contacted Petitioners' counsel and counsel does not oppose this motion.

/s/Tim Ramnitz
TIM RAMNITZ,
Senior Litigation Counsel
Office of Immigration
Litigation
Civil Division, U.S. Dept. Of Justice
P.O. Box 878, Ben Franklin
Station Washington, D.C. 20044

# CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of April 2025, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Tenth Circuit by using the appellate CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and Petitioners will therefore be served by CM/ECF.

/s Tim Ramnitz
**TIM RAMNITZ**
Senior Litigation Counsel
U.S. Dept. of Justice,
Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Tim.Ramnitz@usdoj.gov

# No. 25-1164

## IN THE UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT

**D.B.U.**, *et al.*,
*Petitioners*,

v.

**DONALD J. TRUMP, in his official capacity as President of the United States**, *et al.*,
*Respondents*.

## DECLARATION BY COUNSEL

1. I, Tim Ramnitz, am an attorney at the United States Department of Justice and I currently represent the Respondents in this Appeal. I request to be withdrawn as counsel from this case.

2. The Respondents will henceforth be represented by August Flentje of the United States Department of Justice, and John Hogan of the United States Department of Justice. August Flentje entered his appearance in this case on April 24, 2025, and on April 25, 2025, John Hogan entered his appearance.

3. The Respondents' interests will not be harmed by my withdrawal.

/s Tim Ramnitz
**TIM RAMNITZ**
Senior Litigation Counsel
U.S. Dept. of Justice,
Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin
Washington, D.C. 20044
Tim.Ramnitz@usdoj.gov