UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. WolpertJane K. Castro
Clerk of CourtChief Deputy Clerk

May 08, 2025

August E. Flentje
U.S. Department of Justice
Civil Division, Appellate Staff
601 D Street, NMW, Suite 9545
Ben Franklin Station
Washington, DC 20530-0000

John Hogan
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Suite 8142
Washington, DC 20005

Kevin T. Traskos
Office of the United States Attorney
District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202

Michael Velchik
Office of the Attorney General for the State of Oklahoma
Litigation Department
313 NE 21st Street
Oklahoma City, OK 73105

**RE:** 25-1164, D.B.U., et al v. Trump, et al
Dist/Ag docket: 1:25-CV-01163-CNS

Dear Counsel:

You have failed to comply with the requirements of the Federal Rules of Appellate Procedure or Tenth Circuit Rules in the following respects:

You have not filed a copy of a transcript order or a statement of why a transcript was not ordered. *See* Fed. R. App. P. 10(b) and 10th Cir. R. 10.2(B)(1).

Appellant's docketing statement has not been timely filed. *See* 10th Cir. R. 3.4.

Please correct the stated deficiencies within three days of the date of this notice. Please note that if the documents are not filed, it is possible the appeal could be dismissed for failure to prosecute under 10th Cir. R. 42.1.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: Spencer Elijah Wittmann Amdur
Lee Gelernt
Ashley Gorski
Omar C. Jadwat
Anna I Kurtz
Timothy Macdonald
Emma Kristine Mclean-Riggs
Sara R. Neel
Oscar Sarabia Roman
Hina Shamsi
Monique Sherman
Patrick Toomey
Cody Wofsy

CMW/jjh