No. 25-1164

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

D.B.U., *et al.*,
*Appellees - Petitioners*,

v.

DONALD J. TRUMP, in his official capacity as
President of the United States, *et al.*,
*Appellants – Respondents*.

ON APPEAL FROM THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF COLORADO
No. 1:25-cv-01163
The Hon. Charlotte N. Sweeney

# APPELLANTS-RESPONDENTS'
# MOTION FOR VOLUNTARY DISMISSAL

This appeal, which challenged a district court's temporary restraining order ("TRO"), issued on April 22, 2025, in the District Court for the District of Colorado, along with the incorporated minute orders at ECF Nos. 10, 14, is now moot. *See* Resp. Exh. A (April 22, 2025, District Court order granting the TRO). The order on appeal specified, "Because this Court's prior order was issued pursuant to the Court's authority under the All Writs Act, and the Court's instant

Order is issued under Rule 65, the terms of this TRO expire on May 6, 2025." *Id.* at 14. Although the order circumscribed that, "[t]he Court may, in its discretion or at the urging of the parties, extend the terms of this TRO by good cause shown," the District Court did not elect to extend the terms of the TRO, and instead issued a preliminary injunction. *See D.B.U. v. Trump*, No. 1:25-CV-01163-CNS, 2025 WL 1304288 (D. Colo. May 6, 2025). Thus, the TRO expired on May 6, 2026. Accordingly, because the orders at issue have expired, these proceedings are now moot and Respondents respectfully request that the Court dismiss these proceedings.

Per Fed R. App. P.42(b)(2), which establishes that an appeal may be dismissed on the appellant's motion on terms agreed to by the parties or fixed by the court, counsel for Respondents contacted Petitioners' counsel on May 9, 2025, who indicated that Petitioners do not oppose this motion. Respondents request that the parties bear their own costs.

Respectfully submitted,

**Yaakov M. Roth**
Acting Assistant Attorney General
Civil Division

**DREW ENSIGN**
Deputy Assistant Attorney General
Civil Division

**JOHN HOGAN**
Assistant Director
Office of Immigration Litigation

<u>s/ Spencer Shucard</u>
**Spencer Shucard**
Trial Attorney
Office of Immigration Litigation
Civil Division, U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-305-2024
spencer.s.shucard@usdoj.gov

Dated: May 9, 2025          *Counsel for Appellants-Respondents*

# CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because the motion contains 251 words. The motion complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5) and (6) because it has been prepared using Microsoft Word 365 in proportionally spaced 14-point Times New Roman typeface.

/s/ Spencer Shucard
Trial Attorney
U.S. Department of Justice

# CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2025, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

/s/ Spencer Shucard
Trial Attorney
U.S. Department of Justice